**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - x
U2 HOME ENTERTAINMENT, INC.                :
                                           :
            Plaintiff,                     :
                                           :
       vs.                                 :
                                           :
VICTOR CHAZIZA, RACHEL WEIS, AND "JOHN     :
DOES" I THROUGH V DOING BUSINESS AS        :
"KUNGFUDVD.COM" A/K/A "KUNG FU DVD",       :
"R&Z ENTERPRISES, INC." A/K/A "RZ          :
ENTERPRISES", AND "JBN ENTERPRISES         :
INC."                                      :
                                           :
            Defendants.                    :
- - - - - - - - - - - - - - - - - - - - - x

### RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of the Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for plaintiffs certifies that there are not any corporate parents or publicly held companies owning more than 10% of the stock of the plaintiff corporation, U2 Home Entertainment, Inc.

DATED: Oct. 18, 2007

_____
Harvey Shapiro (HS 2034)