Job #  N-A013-1/01-0773                                          Sargoy, Stein Rosen & Shapiro

## AFFIDAVIT OF SERVICE

COURT: United States District        COUNTY: Southern N.Y.

Index #: 07-9368

**U2 Home Entertainment Inc.**
                          Plaintiff

            against

**Victor Chaziziza, Rachel Weis,
et al.**
                          Defendant

STATE OF NEW YORK, COUNTY OF NEW YORK SS:
**Robert Lee Jenkins** being duly sworn, desposes and says:
I am over 18 years of age, not a party to this action and reside in
the State of New York:

That on **October 22, 2007** at **4:43 pm**
at **1204 Broadway, #306, , New York, New York, 10001**
I SERVED a true copy of the **Summons & Complaint**
upon **Victor Chaziza**
therein named by delivering to, and leaving a true copy of said
**Summons & Complaint**
with a person of suitable age and discretion to wit:
**Jimmy "J"**

Deponent describes person served as aforesaid to the best of deponents ability
at the time and circumstances of service as follows:

    SEX:      Male
    COLOR:    Oriental
    HAIR:     Black
    AGE:      30
    HEIGHT:   5'5 "
    WEIGHT:   145

On **October 23, 2007**
I deposited in the United States mails a true copy or copies of the
**Summons & Complaint** in a properly enclosed and sealed post paid
wrapper addressed to the said defendant(s) at the afformentioned address.
Copy mailed first class mail marked "Personal and Confidential" not indicating on the
outside thereof, by return address or otherwise that said notice is from an attorney or
concerns an action against the person to be served.

Sworn to before me this
 October 23, 2007

                                        Robert Lee Jenkins 1189336

Lana Faith Pollack
Commissioner of Deeds
No. 1-5537
Certificate Filed in New York County
Commission Expires July 1, 2008

THE LETTER OF THE LAW PROCESS SERVICE CO. INC, 577 GRAND STREET, SUITE F907, N.Y. 10002