Job # N-A013-1/01-0774                                   Sargoy, Stein Rosen & Shapiro

# AFFIDAVIT OF SERVICE

COURT: United States District      COUNTY: Southern N.Y.

Index #: 07civ9368

**U2 Home Entertainment Inc.**
                 Plaintiff

         against

**Victor Chaziza, Rachel Weis, et al.**
                 Defendant

STATE OF NEW YORK, COUNTY OF NEW YORK SS:
**Robert Lee Jenkins** being duly sworn, desposes and says:
I am over 18 years of age, not a party to this action and reside in the State of New York:

That on **October 22, 2007** at **4:43 pm**
at **1204 Broadway, #306, , New York, New York, 10001**
I SERVED a true copy of the **Summons & Complaint**
upon **Rachel Weis**
therein named by delivering to, and leaving a true copy of said
**Summons & Complaint**
with a person of suitable age and discretion to wit:
**Jimmy "J"**

Deponent describes person served as aforesaid to the best of deponents ability at the time and circumstances of service as follows:

         SEX:      Male
         COLOR:    Oriental
         HAIR:     Black
         AGE:      30
         HEIGHT:    5'5 "
         WEIGHT:    145

On **October 23, 2007**
I deposited in the United States mails a true copy or copies of the
**Summons & Complaint** in a properly enclosed and sealed post paid
wrapper addressed to the said defendant(s) at the afformentioned address.
Copy mailed first class mail marked "Personal and Confidential" not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to before me this
**October 23, 2007**

Lana Faith Pollack
Commissioner of Deeds
No. 1-5537
Certificate Filed in New York County
Commission Expires July 1, 2008

Robert Lee Jenkins 1189336

THE LETTER OF THE LAW PROCESS SERVICE CO. INC, 577 GRAND STREET, SUITE F907, N.Y. 10002