AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

U2 HOME ENTERTAINMENT, INC.

vs.

VICTOR CHAZIZA, RACHEL WEIS, AND "JOHN DOES" I THROUGH V DOING BUSINESS AS "KUNGFUDVD.COM" A/K/A "KUNG FU DVD", "R&Z ENTERPRISES, INC." A/K/A RZ ENTERPRISES, AND "JBN ENTERPRISES INC."

**APPEARANCE**

Case Number: 07-CIV-9368(GEL)(HP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

U2 Home Entertainment, Inc.

I certify that I am admitted to practice in this court.

October 24, 2007
Date

[Signature]
Signature

Walter-Micheal Lee                                           WL6353
Print Name                                               Bar Number

Sargoy, Stein, Rosen & Shapiro, 1790 Broadway, 14th Floor
Address

New York          NY          10019
City              State       Zip Code

(212) 621-8247                    (212) 581-2755
Phone Number                       Fax Number