```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
U2 HOME ENTERTAINMENT, INC.,

                              Plaintiff,

    -against-

VICTOR CHAZIZA, RACHEL WEIS, AND
"JOHN DOES" I THROUGH V DOING
BUSINESS AS "KUNGFUDVD.COM" A/K/A
"KUNG FU DVD", "R&Z ENTERPRISES, INC.",
A/K/A "RZ ENTERPRISES", AND "JBN
ENTERPRISES INC.",

                              Defendant.
-------------------------------------------------------------x

07 Civ. 9368 (GEL)

ORDER

GERARD E. LYNCH, District Judge:

       The plaintiff U2 Home Entertainment and defendant Victor Chaziza having appeared at a conference before the Court on January 14, 2008, it is hereby ORDERED that:

1.    The defendants' time to file an answer to plaintiff's complaint is extended to February 1, 2008. The failure of any defendant to file an answer by that time may result in entry of a default judgment against him, her or it;

2.    Defendant Chaziza shall notify the Court by February 15, 2008, whether he intends to proceed *pro se* or through counsel;

3.    All fact discovery between the parties shall be concluded by July 15, 2008;

4.    A post-discovery conference will be held on July 25, 2008, at 10:15 a.m.

SO ORDERED:

Date:   New York, New York
        January 14, 2008

                                                      _____
                                                        GERARD E. LYNCH
                                                   United States District Judge