**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
- - - - - - - - - - - - - - - - - - - - x   07-CIV-9368(GEL)(HP)
U2 HOME ENTERTAINMENT, INC.             :
                                        :
                                        :
            Plaintiff,                  :
                                        :
         vs.                            :
VICTOR CHAZIZA, RACHEL WEIS, AND "JOHN
DOES" I THROUGH V DOING BUSINESS AS
"KUNGFUDVD.COM" A/K/A "KUNG FU DVD",
"R&Z ENTERPRISES, INC." A/K/A RZ
ENTERPRISES, AND "JBN ENTERPRISES INC."
                                        :
            Defendants.                 :
- - - - - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/08

PERMANENT INJUNCTION AND
FINAL JUDGMENT PURSUANT TO STIPULATION AS TO VICTOR CHAZIZA, AND
RACHEL WEIS DOING BUSINESS AS "KUNGFUDVD.COM" A/K/A "KUNG FU
DVD", "R&Z ENTERPRISES, INC." A/K/A "RZ ENTERPRISES", AND "JBN
ENTERPRISES INC."

The Court, having been informed that this case has been settled by an agreement which has been duly executed by U2 Home Entertainment, Inc., ("Plaintiff") and Victor Chaziza and Rachel Weis doing business as "KungFuDVD.com" a/k/a "Kung Fu DVD", "R&Z Enterprises, Inc." a/k/a "RZ Enterprises", and "JBN Enterprises Inc." ("Defendants") in the within action and good cause appearing therefore, hereby ORDERS that final judgment shall be and is hereby entered in the within action as follows:

1.   Victor Chaziza and Rachel Weis doing business as "KungFuDVD.com" a/k/a "Kung Fu DVD", "R&Z Enterprises, Inc." a/k/a "RZ Enterprises", and "JBN Enterprises Inc." together with their agents, employees, and those acting in concert with him who have

actual knowledge of this Judgment, are hereby permanently enjoined and restrained from doing any of the following:

(a) Infringing Plaintiff's exclusive rights under copyright in the motion pictures duly copyrighted by Plaintiffs or in which Plaintiffs own exclusive distribution rights (hereinafter referred to as "Plaintiff's Motion Pictures");

(b) Manufacturing, copying, duplicating, or knowingly selling, renting, distributing, performing or otherwise disposing of any unauthorized videocassette or videodisc copies of the Plaintiff's Motion Pictures; and

(c) Using the titles of Plaintiff's Motion Pictures, or trademarks, or the trade names or logos of Plaintiff, on or in connection with videocassettes or videodiscs known by Defendants to be unauthorized in a manner which is likely to cause confusion as to source, or otherwise likely to cause confusion, mistake or deception in connection with the distribution, advertising, promotion, sale rental, and other lawful exploitation of authorized videocassettes, videodiscs or other copies of the Plaintiff's Motion Pictures.

2. All other claims and requests for relief in this action are hereby dismissed with prejudice.

3. Each side shall bear its own costs of suit incurred in the within action.

4. The Court shall retain jurisdiction of the within action to entertain such further proceedings and to enter such further

orders as may be necessary or appropriate to implement and/or enforce the provisions of this final judgment.

Dated: _April 18_, 2008

_____
GERARD E. LYNCH
United States District Judge